**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Ruqia Hashi,<br><br>             Plaintiff,<br><br>v.<br><br>KinderCare Learning Centers, Inc. and Knowledge Learning Corporation,<br><br>             Defendants. | Court File No.: 0:10-cv-04410-PAM-AJB<br><br>**ORDER OF DISMISSAL** |

BASED UPON THE STIPULATION OF THE PARTIES, through their counsel,

IT IS HEREBY ORDERED that the above-captioned action is hereby DISMISSED in its entirety, with prejudice and without costs (including but not limited to: any statutory costs; attorneys' fees; and/or disbursements) to any party.


Dated:  March  28 ,  2011             s/Paul A. Magnuson
                                      Paul A. Magnuson, Judge
                                      United States District Court